

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00064-CV
_____

STOWERS MACHINERY CORPORATION, Appellant

V.

BLAKE BROTHER'S RANCH, LLC, Appellee

On Appeal from the 97th District Court
Montague County, Texas
Trial Court No. 24-169-DCCV-0027

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's "Order Granting Motion to Dismiss." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: March 20, 2025